Location: A191 Citation: L064096 SIDE: A

New Citation Search  New Hearing Search

05-6213M

| Loc Code | U.S. Bureau of Land Management United States District Court Violation Notice |
|---|---|
| A191 | |

| Violation No | Print Officer Name |
|---|---|
| L064096 | D. Schneider |
| | Officer No |
| | 144 |

L064096

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 1-15-05  1745 | 43CFR 8341.1(d) |

Place of Offense: Smith Road, Hwy 84

Offense Description: Drive with License Suspended and or revoked or canceled. Assimilate (28-3473A)

| Defendants Last Name | First Name | MI |
|---|---|---|
| Chacon | Gilberto | G |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| [redacted] | | | |

| Driver's License No | DL State | Social Security No. |
|---|---|---|
| [redacted] | | |

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| [redacted] | AZ | 94 | Dodge | white |

A ☒ YOU MUST APPEAR IN COURT  See Instructions

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  See Instructions

___ I wish to terminate this matter by paying the collateral shown below, enclosed

___ I plead not guilty and promise to appear as required

**YOUR COURT DATE**

| Court Address | Date |
|---|---|
| will be Notified | |
| | Time |

| Collateral (fine) | |
|---|---|
| M/A | For payment by credit card, See Instructions |

| SEX | RACE | HAIR | EYES | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| M | H | BLK | BRO | 5'7 | 200 |

☐ Adult  
☐ Juvenile  

Veh Type: VAN  
VIN:

Without admitting guilt I promise to appear as required

Signature: [signature]

Original - CVB Copy                         BLM Form 9260-9 (March 2003)

Location: A191 Citation: L064096 SIDE: B

New Citation Search  New Hearing Search

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **January 15th**, 20**05**, while exercising my duties as a law enforcement officer in the _____ District of **Arizona**. The above date I contacted the defendant one Gilberto G Chacon for operating a 1994 Dodge Van with a rear brake lamp that was inoperable. The defendants vehicle plates were also confirmed suspended for no insurance. Upon contact with the driver and defendant one Gilberto G. Chacon advised me that his license was suspended/revoked. A check via Federal Communications Dispatch in Phoenix confirmed that the defendants drivers was suspended revoked by the state of Arizona

The foregoing statement is based upon
☒ my personal observation         ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge

Executed on  **1-15-05**                   _Daniel Schmid_
                  Date                              Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
                  Date              U S Magistrate Judge

Location: A191 Citation: L064097 SIDE: A

**New Citation Search**  **New Hearing Search**

B. M.

| Loc Code | U.S. Bureau of Land Management |
| --- | --- |
| A191 | United States District Court Violation Notice |

Violation No: L064097

Print Officer Name: D. Schneider

Officer No: 144

L064097

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 1-15-05  1745
Offense Charged: 43CFR 8341.1 (d)
Place of Offense: Smith Road, Hwy 84
Offense Description: No Mandatory Insurance Assimilate (28-4135A)

Defendant's Last Name: Chacon
First Name: Gilberto
M I: G

Vehicle Tag State: AZ
Year: 94
Vehicle Make: Dodge
Vehicle Color: white

A ☒ YOU MUST APPEAR IN COURT  See Instructions
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  See Instructions.

___ I wish to terminate this matter by paying the collateral shown below, enclosed
___ I plead not guilty and promise to appear as required

**YOUR COURT DATE**

Court Address: Will be Notified.

Collateral (fine): N/A

For payment by credit card, See Instructions

SEX: M   RACE: H   HAIR: BLK   EYES: BRN   HEIGHT: 5'9   WEIGHT: 200
☒ Adult  ☐ Juvenile   Veh Type: VAN

Without admitting guilt, I promise to appear as required

Signature

Original - CVB Copy           BLM Form 9260-9 (March 2003)

Location: A191 Citation: L064097 SIDE: B

New Citation Search  New Hearing Search

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on January 15th, 2005, while exercising my duties as a law enforcement officer in the _____ District of Arizona.

On the above date I contacted the defendant one Gilberto G. Chacon after observing him operating a white van with suspended/cancelled plates. During the course of my contact it was discovered that the defendant did not possess valid or current insurance on his vehicle and that reason for the suspended plates was for lack of insurance.

The foregoing statement is based upon
☒ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge

Executed on  1-15-05         Daniel Schneider
              Date              Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
              Date            U S Magistrate Judge

CVB Scan 2/10/2005 12 16 24